**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:17CR157** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **DALILO ALCONINI-FLORES** | ) | **ORDER** |
| | ) | |
| **Defendant..** | ) | |

This matter is before the court on the defendant's Motion to Continue Trial [18]. Counsel is seeking additional time to resolve this matter short of trial or in the alternative prepare for trial. Defendant shall comply with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [18] is granted as follows:

1. The jury trial, now set for July 18, 2017 is continued to **August 22, 2017.**

2. The defendant shall file an affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 22, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED July 12, 2017.**

**BY THE COURT:**

**s/ Michael D. Nelson**
**United States Magistrate Judge**